IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE SEPULVEDA,** | : | **CIVIL NO. 1:14-CV-0749** |
| **Plaintiff** | : | **(Judge Rambo)** |
| v. | : | **(Magistrate Judge Carlson)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

## O R D E R

AND NOW, this 14th day of July, 2015, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Sepulveda's motion to reopen the captioned case (Doc. 18) is **DENIED**.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge